

Quentin Izel Bessent Living Estate Trust
free my people trust
<u>non black/non slave/non african american/non christian/non citizen national/original inhabitant/landlord</u>
<u>non-animal/non-negro</u>
<u>creator</u>
<u>private living cosmic being</u>
<u>3rd 33rd 360° of knowledge</u>
<u>Postal Rules Apply</u>
<u>Parse Syntax Grammar</u>

RECORDING REQUESTED BY:

:quentin-izel: bessent tribe, agent/beneficiary.

Inst: 202325000529 Date: 01/26/2023 Time: 12:14PM
Victoria L Rogers, Clerk of Court
Hardee, County, By: LB
Deputy Clerk

AND WHEN RECORDED MAIL TO:

s/ :peace of mind fellowship trust  98-6093933,
*sui juris, jus soli, jus sanguinis*
care of general post office 373, hardee, florida republic [RFD 33865-9998]

SPACE ABOVE THIS LINE FOR RECORDER'S USE

---

On behalf:                                                                                         [january 10, 2023]
Quentin Izel Bessent Living Estate Trust,
:quentin-izel: bessent tribe, agent/beneficiary.
the organic people on the land contracted with the republic.
I am not a united states citizen, I do not consent to the democracy.

Notice To Agent is Notice To Principle Notice To Principle is Notice To Agent!
i claim harm by way of trespass

the organic people on the land contracted with the republic. no man is above the law and can violate another man un-alienable rights.

## NOTICE SEEKING PRELIMINARY INJUNCTION

to:

| | |
|---|---|
| Joseph Robinette Biden Jr et al DBA JOE BIDEN | 7022 0410 0002 6720 8816 |
| Charles Rettig et al DBA CHARLES RETTIG | 7022 0410 0002 6720 8830 |
| Merrick B Garland et al DBA MERRICK B GARLAND | 7022 0410 0002 6720 8847 |
| Antony J Blinken et al DBA ANTONY J BLINKEN | 7022 0410 0002 6720 8854 |
| Janet L Yellen et al DBA JANET L YELLEN | 7022 0410 0002 6720 8861 |
| Ron DeSantis et al DBA RON DESANTIS | 7022 0410 0002 6720 8878 |
| Cord Byrd et al DBA CORD BYRD | 7022 0410 0002 6720 8885 |
| Ashley Moody et al DBA ASHLEY MOODY | 7022 0410 0002 6720 8892 |
| Jim Zingale et al DBA JIM ZINGALE | 7022 0410 0002 6720 8908 |
| Robert R Kynoch et al DBA ROBERT R KYNOCH | 7022 0410 0002 6720 8915 |
| Brian Haas et al DBA BRIAN HAAS | 7022 0410 0002 6720 8922 |
| Phil Archer et al DBA PHIL ARCHER | 7022 0410 0002 6720 8939 |
| Laurie Hurner et al DBA LAURIE HURNER | 7022 0410 0002 6720 8946 |
| Lawrence McNaul et al DBA LAWRENCE MCNAUL | 7022 0410 0002 6720 8953 |
| Frank Abbate et al DBA FRANK ABBATE | 7022 0410 0002 6720 8960 |
| Ellen S. Masters et al DBA ELLEN S MASTERS | 7022 0410 0002 6720 8977 |
| Kenneth Friedland DBA KENNETH FRIEDLAND | 7022 1670 0002 0746 8864 |
| Victoria L Rogers et al DBA VICTORIA L ROGERS | 7022 1670 0002 0747 1727 |
| Jerome Kaszubowski et al DBA JEROME KASZUBOWSKI | 7022 1670 0002 0747 1734 |
| Rachel Sadoff et al DBA RACHEL SADOFF | 7022 1670 0002 0747 1765 |
| Vent Crawford et al DBA VENT CRAWFORD | 7022 1670 0002 0747 1772 |
| Paul Blackman et al DBA PAUL BLACKMAN | 7022 1670 0002 0747 1789 |
| Wayne Ivey et al DBA WAYNE IVEY | 7022 1670 0002 0747 1796 |
| April Lambert et al DBA APRIL LAMBERT | 7022 1670 0002 0747 1802 |
| Gene Spaulding et al DBA GENE SPAULDING | 7022 1670 0002 0747 1819 |

| | |
|---|---|
| John W 𝖡urton et al DBA JOHN W H BURTON | 7022 1670 0002 0746 8659 |
| Kenneth Cooper et al DBA KENNETH COOPER 5117 | 7022 1670 0002 0746 8673 |
| Kevin W Tomberlin et al DBA KEVIN W TOMBERLIN 4592 | 7022 1670 0002 0747 8680 |
| John Mancini et al DBA JOHN MANCINI 1446 | 7022 1670 0002 0746 8697 |
| Marion Harris DBA MARION HARRIS | 7022 1670 0002 0746 8703 |
| Timothy M Antonition et al DBA TIMOTHY M ANTONITION | 7022 1670 0002 0746 8710 |
| Michael Ingino et al DBA MICHAEL INGINO | 7022 1670 0002 0746 8727 |
| Shawn L Demers DBA SHAWN L DEMERS | 7022 1670 0002 0746 8734 |

UNITED STATES INCORPORATION et al
STATE OF FLORIDA INCORPORATION et al
COUNTY OF HIGHLANDS INCORPORATION et al
COUNTY OF HARDEE INCORPORATION et al
COUNTY OF BREVARD INCORPORATION et el
Ford Credit Motor LLC et al
Space Coast Credit Union et al
Moody, Jones, & Ingino, P.A. et al
John and Jane Doe 1 through 100 et al.
1600 Pennsylvania Avenue Northwest,
Washington District Columbia [20500]
In Their Official and Private Capacity

amended lien claim 12/24/2022.

wrongdoers,

## PERMANENT AS WELL AS PRELIMINARY INJUNCTION AND PERMANENT RESTRAINING ORDER

The clamant moves this court to issue a Permanent Injunction, a Preliminary Injunction and a Permanent Restraining Order against the wrongdoers for which the monetary security lienshave been filed seeking damage for their act of trespassing against the claimant. The UNITED STATES CORPORATION doing business as the STATE OF FLORIDA, has injured :quentin-izel: bessent tribe an organic earthling by way of trespass. The said CORPORATION of the UNITED STATES when doing business as the STATE OF FLORIDA, has denied the natural rights, un-alienable rights and rights to operate in commerce by contract using AGENTS of the CORPORATION, armed and dangerous entities with no prior authorization to bare firearms on the Land in order to force and or threaten "we the people" into unlawful contracts by threat, duress, and coercion. The UNITED STATES CORPORATION while doing business as the STATE OF FLORIDA, has denied the rights to travel upon the roadway from one destination to the other as a registered agent/beneficiary to conduct business of an organic foreign private trust.

The UNITED STATES CORPORATION while doing business as the STATE OF FLORIDA, knowingly and intentionally by ways of ensnaring, entrapping and capturing the registered agent/beneficiary holding the living soul demanding ransom which constitutes extortion to be released of "we the tribe of people" and demanded authorization to fraudulently use the bonds of the Quentin Izel Bessent Living Estate Trust by way of embezzlement.

A Preliminary and or Permanent Injunction should issue upon the wrongdoers established herein requiring those persons cease doing the act of trespassing upon the God given rights of the claimant as money damage will not suffice. See WEINBERGER v. ROMERO=BARCELO, 456 US 305 (1982), here the supreme court laid out the test the claimant must establish to obtain an Injunction. (1) The claimant must have suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for the injury; (3) that the remedy in equity is warranted upon consideration of the balance of hardships between the claimant and wrongdoers; (4) that the Injunction being sought would not hurt public interest.

The supreme court has clarified that a decision to grant or deny Injunctive relief is a matter of equitable discretion by a court, reviewable on appeal under the abuse of discretion review. The court must first, balance the damages to the claimant and the wrongdoers and that suffered under public interest. Thereby balancing the relative harm and benefits to the claimant and wrongdoers if the Injunction is granted.

In the discretion of the court, it may take into consideration the good faith of the claimant and the wrongdoers and once it determines that the wrongdoers are doing all that they can to abate the nuisance of trespassing against the claimant, the court may reflect those efforts in the terms of its order. In the contrast, if this court determine that the wrongdoers is acting in bad faith, it must show little sympathy and rule in favor of the Injunction as this equitable relief represents a remedy apart from money damages as this will represents an outcome based on fairness and justness rather than legal technicalities.

oath made under the authority of the most high
and title 28 USC, section 1746

this affiant states that the statements of :quentin-izel: bessent tribe, being alive and living man are submitted in good faith and all un-alienable rights reserved in accordance with the will of the almighty most high, see matthew 5: 33-37, james 5: 12, numbers 30: 2 and leviticus 19: 12.

by :quentin-izel: bessent: agent/beneficiary.
tenth day of january in the year of our Lord twenty twenty three.

986093933     641556519     RB415563499US     without recourse     amen

Jan 23rd 2023
Personally known ; quentin-izel
bessent Tribe

Notary Public State of Florida
Ivy Quinton
My Commission HH 326251
Expires 10/27/2026

NOI 405107

Page 2
PO # d ini.na525